USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 3 0 2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
HEALTH & WELFARE FUND OF THE UNITED
FOOD & COMMERCIAL WORKERS LOCAL 2013,
AFL-CIO,

                       Plaintiff,

      -against-

SP PLUS CORPORATION,

                       Defendant.
------------------------------------- x

ORDER

19 Civ. 6993 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from July 8, 2020 to November 18, 2020 at 9:30 am.

Dated: New York, New York
       June 30, 2020

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge