UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
HEALTH & WELFARE FUND OF THE UNITED :
FOOD & COMMERCIAL WORKERS LOCAL 2013, :
AFL-CIO, *by its Trustees Louis Mark Carotenuto and* :
*Stanley Fleishman*, :
:
                          Plaintiff, :
:
    -against- :
:
SP PLUS CORPORATION, :
:
                         Defendant. :
:
------------------------------------- x

ORDER

19 Civ. 6993 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The March 31, 2021 initial conference is canceled.

Dated: New York, New York
       March 25, 2021

                                               SO ORDERED.

                                               GEORGE B. DANIELS
                                               United States District Judge