**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CALLY FILED

JUL 0 6

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HEALTH & WELFARE FUND :
OF THE UNITED FOOD & :
COMMERCIAL WORKERS LOCAL :
2013, AFL-CIO, *by its trustees Louis Mark* :
*Carotenuto and Stanley Fleishman,* :
                   :
          Plaintiff, :
                   :
     -against- :
                   :
SP PLUS CORPORATION, :
                   :
          Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

19 Civ. 6993 (GBD)

GEORGE B. DANIELS, United States District Judge:

     In light of the Parties' notice that they have reached a settlement in principle on all issues

in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The

parties shall submit a stipulation of dismissal or a status report within thirty (30) days of this order.

     The Clerk of Court is directed to close the letter motion, (ECF No. 37), accordingly.

Dated: July 6, 2021
      New York, New York

                     SO ORDERED.

                     *George B. Daniels*

                     GEORGE B. DANIELS
                     United States District Judge